IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  12-cv-00397-WJM-MEH<br>                       12-cv-00409-REB-MEH | Date:   March 14, 2012 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

**12-cv-00397-WJM-MEH**
MALIBU MEDIA, LLC,                                                                    Jason Kotzker

      Plaintiff,

vs.

JOHN DOES 1-29,

      Defendants.

**12-cv-00409-REB-MEH**
MALIBU MEDIA, LLC,                                                                    Jason Kotzker

      Plaintiff,

vs.

JOHN DOES 1-27,

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     9:20 a.m.

Court calls case.  Appearance of counsel.

Discussion regarding the background of the case, Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (12-cv-00397, Doc. #6, filed 2/6/12; 12-cv-409, Doc. #7, filed 2/16/12), and resetting the Scheduling Conferences.

**ORDERED:**  The Scheduling Conference set for May 3, 2012, in case number **12-cv-00409-REB-MEH** is RESET for **May 2, 2012, at 9:00 a.m.**  The Scheduling Conference in case number **12-cv-00397-WJM-MEH** remains set for May 2, 2012, at 9:15 a.m.

The Court takes Plaintiff's Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (12-cv-00397, Doc. #6, filed 2/6/12; 12-cv-00409, Doc. #7, filed 2/16/12) under advisement.

**Court in recess:**      **9:35 a.m.   (Hearing concluded)**
**Total time in court:**   0:15