IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12–cv–00397-WJM

MALIBU MEDIA, LLC.

    Plaintiff,

v.

Does 1-29,

    Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

COMES NOW, John A. Arsenault, of Wessels & Arsenault, L.L.C., and enters his appearance as counsel for Defendant John Doe #02 in the above captioned action. Please include undersigned counsel for Defendant on any and all future correspondences, notices, pleadings, and orders for this case.

**DATED**: April 30, 2012

Respectfully submitted,

By: _____
John A. Arsenault (CO Bar #41327)

WESSELS & ARSENAULT, L.L.C.
1333 W. 120th Ave. Suite 302
Westminster, CO 80234
Telephone: 303-459-7898
Facsimile: 888-317-8582
john.arsenault@frontrangelegalservices.com
*Attorney for Defendant John Doe #02*

1

2

**CERTIFICATE OF SERVICE**

        I hereby certify that on April 30, 2012, a true and correct copy of the foregoing ENTRY OF APPEARANCE was sent via first-class mail or via the CM/ECF system to the following:

    JASON KOTZKER
    KOTZKER LAW GROUP
    10268 Royal Eagle Street
    Highlands Ranch, CO 80129

**DATED:** April 30, 2012

By: _____
John A. Arsenault (CO Bar # 41327)

WESSELS & ARSENAULT, L.L.C.
1333 W. 120th Ave. Suite 302
Westminster, CO 80234
Telephone: 303-459-7898
Facsimile: 888-317-8582
john.arsenault@frontrangelegalservices.com
*Attorney for Defendant Doe #02*