IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | | |
|---|---|---|
| **Civil Action No.** | 12-cv-00397-WJM-MEH | **FTR – Courtroom A501** |
| | 12-cv-00399-DME-MEH | |
| | 12-cv-00402-WYD-MEH | |
| | 12-cv-00404-PAB-MEH | |
| | 12-cv-00405-MSK-MEH | |
| | 12-cv-00406-REB-MEH | |
| | 12-cv-00407-CMA-MEH | |
| | 12-cv-00408-PAB-MEH | |
| | 12-cv-00409-REB-MEH | |
| | 12-cv-00834-DME-MEH | |
| | 12-cv-00835-REB-MEH | |
| | 12-cv-00836-MSK-MEH | |
| | 12-cv-00837-PAB-MEH | |
| | 12-cv-00839-PAB-MEH | |
| | 12-cv-00840-PAB-MEH | |
| | 12-cv-00843-MSK-MEH | |
| | 12-cv-00845-MSK-MEH | |
| | 12-cv-00846-WYD-MEH | |
| | 12-cv-00848-REB-MEH | |
| | 12-cv-00849-PAB-MEH | |
| | 12-cv-00885-WYD-MEH | |
| | 12-cv-00905-PAB-MEH | |
| | 12-cv-00906-WJM-MEH | |
| | 12-cv-00907-MSK-MEH | |
| | 12-cv-00908-MSK-MEH | |
| | 12-cv-00909-REB-MEH | |
| | 12-cv-00910-PAB-MEH | |
| **Date:** May 2, 2012 | | Cathy Coomes, Courtroom Deputy |

**12-cv-00397-WJM-MEH**
MALIBU MEDIA, LLC,                                    Jason Kotzker (for all cases)

    Plaintiff,

v.

JOHN DOES 1-29,                                            John Arsenault
                                                                           (John Does 2 and 14 only)
    Defendants.

**12-cv-00399-DME-MEH**
MALIBU MEDIA, LLC,

  Plaintiffs,

v.

JOHN DOES 1-16,

  Defendants.

**12-cv-00402-WYD-MEH**
MALIBU MEDIA, LLC,

  Plaintiff,

v.

JOHN DOES 1-30,

  Defendants.

**12-cv-00404-PAB-MEH**
PATRICK COLLINS, INC.,

  Plaintiff,

v.

JOHN DOES 2, 3, 4, 6, 8, 10 AND 11,

  Defendants.

TARIQ HASAN,

  Interested Party.

**12-cv-00405-MSK-MEH**
MALIBU MEDIA, LLC,

  Plaintiff,

v.

JOHN DOES 1-4 AND 6-10,

   Defendants.

**12-cv-00406-REB-MEH**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOES 1-27,
(John Does 2, 17, and 21 terminated)

   Defendants.

**12-cv-00407-CMA-MEH**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOES 1-18,          John Arsenault
               (John Does 3, 5, and 12 only)
   Defendants.

**12-cv-00408-PAB-MEH**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOES 1-15,
(John Does 6 and 10 Terminated)

   Defendants.

**12-cv-00409-REB-MEH**
MALIBU MEDIA, LLC,

   Plaintiff,

v.

JOHN DOES 1-27,

       Defendants.

**12-cv-00834-DME-MEH**
MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOES 1-28,

       Defendants.

**12-cv-00835-REB-MEH**
MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOES 1-21,

       Defendants.

**12-cv-00836-MSK-MEH**
MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOES 1-23,

       Defendants.

**12-cv-00837-PAB-MEH**
MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOES 1-10,

       Defendants.

**12-cv-00839-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-17,

    Defendants.

**12-cv-00840-PAB-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

**12-cv-00843-MSK-MEH**
MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-11,

    Defendants.

**12-cv-00845-MSK-MEH**
MALIBU MEDIA,

    Plaintiff,

v.

JOHN DOES 1-6,

    Defendants.

**12-cv-00846-WYD-MEH**

MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOES 1-9,

       Defendants.

**12-cv-00848-REB-MEH**
PATRICK COLLINS, INC.,

       Plaintiff,

v.

JOHN DOES 1-12,

       Defendants.

**12-cv-00849-PAB-MEH**
PATRICK COLLINS, INC.,

       Plaintiff,

v.

JOHN DOES 1-6,

       Defendants.

**12-cv-00885-WYD-MEH**
MALIBU MEDIA, LLC,

       Plaintiff,

v.

JOHN DOE,

       Defendant.

**12-cv-00905-PAB-MEH**
JOHN STAGLIANO, INC., d/b/a Evil Angel Productions, Inc.,

   Plaintiff,

v.

JOHN DOES 1-14,

   Defendants.

**12-cv-00906-WJM-MEH**
JOHN STAGLIANO, INC., d/b/a Evil Angel Productions, Inc.,

   Plaintiff,

v.

JOHN DOES 1-9,

   Defendants.

**12-cv-00907-MSK-MEH**
JOHN STAGLIANO, INC., d/b/a Evil Angel Productions, Inc.,

   Plaintiff,

v.

JOHN DOES 1-5,

   Defendants.

**12-cv-00908-MSK-MEH**
RAW FILMS, LTD.,

   Plaintiff,

v.

JOHN DOES 1-9,

   Defendants.

**12-cv-00909-REB-MEH**
RAW FILMS, LTD.,

   Plaintiff,

v.

JOHN DOES 1-9,

    Defendants.

**12-cv-00910-PAB-MEH**
RAW FILMS, LTD.,

    Plaintiff,

v.

JOHN DOES 1-7,

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**

**Court in session:**    9:34 a.m.

The Court calls case. Appearances of counsel.

Discussion regarding the status of the cases and pending motions in certain cases.

Mr. Kotzker is directed to list all related cases when filing pleadings in these cases; and to file a monthly Status Report on pending cases with a proper caption, removing all dismissed John Does in each case.

Discussion regarding the Motions to Quash by John Doe 2 and John Doe 14 in 12-cv-00397 (Docs. 22 and 23, filed 4/30/12), Motions to Quash by John Doe 10 and John Doe 4 in 12-cv-00406 (Docs. 15 and 16, filed 4/3/12), Motions to Quash by John Doe 3, John Doe 5, and John Doe 12 in 12-cv-00407 (Docs. 12, 13 filed 3/26/12; and 20, filed 3/28/12), and service on Defendants in all cases. Mr. Arsenault advises that John Does 3, 5, and 12 have been dismissed in 12-cv-00407.

**ORDERED:**    1.    A hearing on Motions to Quash by John Doe 2 and John Doe 14 in **12-cv-00397** (Docs. 22 and 23, filed 4/30/12) is set for **June 18, 2012, at 10:00 a.m.**

                2.    Motions to Quash by John Doe 3, John Doe 5, and John Doe 12 in 12-cv-00407 (Docs. 12, 13 filed 3/26/12; and 20, filed 3/28/12) are DENIED as moot.

**Court in recess:** 9:49 a.m. (Hearing concluded)
Total time in court: 0:15