**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>JOHN DOES 1-23, 25-29,<br><br>                     Defendants. | Civil Action No. 12-cv-00397-WJM-MEH |

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF DOES 2 AND 14 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Does 2 and 14 ("Defendants"). Pursuant to the settlement agreements' terms, Plaintiff hereby voluntary dismisses Defendants from this action <u>with prejudice</u>. John Does 2 and 14 were assigned the IP Addresses 174.51.237.77 and 76.25.163.136. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

                                                Respectfully submitted,

                                                By: <u>/s/*Jason Kotzker*</u>
                                                Jason Kotzker
                                                jason@klgip.com
                                                KOTZKER LAW GROUP
                                                9609 South University Boulevard
                                                #632134
                                                Highlands Ranch, CO 80163
                                                Phone: 303-875-5386
                                                *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker