IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00397-WJM-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOES 1-29,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 4, 2012.**

    In light of Plaintiff's Notice of Settlement and Voluntary Dismissal with Prejudice of Does 2 and 14 Only [docket #36], Defendant Doe #2's Motion to Quash the Subpoena [filed April 30, 2012; docket #22] is **denied as moot**, and Defendant Doe #14's Motion to Quash the Subpoena [filed April 30, 2012; docket #23] is **denied as moot**.  Accordingly, the hearing scheduling in this case for June 18, 2012, is hereby **vacated**.