**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>JOHN DOES 1, 3-13, 15-23, 25-29,<br><br>              Defendants. | Civil Action No. 12-cv-00397-WJM-MEH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF DOES 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20,
21, 22, 23, 25, 26, 27, 28 AND 29 ONLY**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 3, 5, 6, 7, 8, 9, 10, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28 and 29 ("Defendants") from this action <u>without prejudice</u>.  Defendants, were assigned the IP Addresses 174.51.211.177, 24.8.240.105, 24.9.155.34, 24.9.173.237, 67.165.215.134, 67.172.151.79, 71.196.174.72, 71.237.71.118, 71.237.85.197, 75.70.131.177, 75.70.20.178, 98.245.34.47, 98.245.84.85, 174.22.149.133, 174.24.16.177, 174.29.152.152, 174.29.167.66, 184.96.102.9, 184.96.212.242, 65.100.145.221, 71.212.180.66, 71.33.175.158, 71.33.192.159, 75.163.230.5 and 97.118.106.9.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P.41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
9609 South University Boulevard
#632134
Highlands Ranch, CO 80163
Phone: 303-875-5386
*Attorney for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6th, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker